```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
POH LIN ANG, CAROLINA RODRIGUEZ, and     :
LIN PING ANG,                            :
                    Plaintiffs,          :
                                         :
          -v-                            :     09 Civ. 7137 (DLC)
                                         :
FIFTH ON THE PARK CONDO, LLC,            :
EYTAN BENYANIN, and ROBERT EZRAPOUR,     :
                    Defendants.          :
                                         :
---------------------------------------- X
                                         :
JKP, LLC,                                :
                    Plaintiff,           :
                                         :
          -v-                            :     09 Civ. 7148 (DLC)
                                         :
FIFTH ON THE PARK CONDO, LLC,            :
                    Defendant.           :
                                         :
---------------------------------------- X         ORDER
                                         :
G. WILLIAM HUNTER and ROBYN HUNTER,      :
                    Plaintiffs,          :
                                         :
          -v-                            :     09 Civ. 7567 (DLC)
                                         :
FIFTH ON THE PARK CONDO, LLC,            :
EYTAN BENYANIN, and ROBERT EZRAPOUR,     :
                    Defendants.          :
                                         :
---------------------------------------- X
                                         :
DAVID BARSTOW, BRIAN SMITH, and          :
JOHN MCATEER,                            :
                    Plaintiffs,          :
                                         :
          -v-                            :     09 Civ. 7786 (DLC)
                                         :
FIFTH ON THE PARK CONDO, LLC,            :
EYTAN BENYANIN, and ROBERT EZRAPOUR,     :
                    Defendants.          :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/10

DENISE COTE, District Judge:

By Order dated January 29, 2010, plaintiffs in the above-captioned actions were ordered to show cause why their claims should not be dismissed for the reasons stated in <u>Bodansky v. Fifth on the Park Condo, LLC</u>, 09 Civ. 4651 (DLC) and 09 Civ. 6433 (DLC), 2010 WL 334985 (S.D.N.Y. Jan. 29 2010) (the "Related Actions"). On February 22, plaintiffs in the Related Actions filed Notices of Appeal. By letters dated February 11 and February 23, plaintiff in 09 Civ. 1748 and plaintiffs in 09 Civ. 7137, 09 Civ. 7567, and 09 Civ. 7786, respectively, requested that these actions be stayed pending resolution of the appeals in the Related Actions. Plaintiffs' sole argument is that a stay would be in the interest of judicial economy. By letter dated February 26, defendants oppose plaintiffs' request for a stay. For the reasons stated in <u>Bodansky</u>, 2010 WL 334985, it is hereby

ORDERED that plaintiffs' claims in the above-captioned actions are dismissed. The Clerk of Court shall enter judgment in favor of the defendants in each action and shall close the cases.

SO ORDERED:

Dated:   New York, New York
         March 1, 2010

                                    _____
                                          DENISE COTE
                                    United States District Judge