```
USDC S[?]
DOCUMENT
ELECTR[ONICAL]LY FILED
DOC #
DATE F[ILED]: 3/2/10
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
POH LIN ANG, CAROLINA RODRIGUEZ, and
LIN PING ANG,

                      Plaintiffs,                                    **09 CIVIL 7137 (DLC)**

    -against-                                          **<u>JUDGMENT</u>**

FIFTH ON THE PARK CONDO, LLC,
EYTAN BENYANIN, and ROBERT EZRAPOUR,
                      Defendants.
------------------------------------------------------------X
JKP, LLC,

                      Plaintiff,                                    **09 CIVIL 7148 (DLC)**

    -against-

FIFTH ON THE PARK CONDO, LLC,
                      Defendant.
------------------------------------------------------------X
G. WILLIAM HUNTER and ROBYN HUNTER,

                      Plaintiffs,                                  **09 CIVIL 7567 (DLC)**

    -against-

FIFTH ON THE PARK CONDO, LLC,
EYTAN BENYANIN, and ROBERT EZRAPOUR,
                      Defendants.
------------------------------------------------------------X
DAVID BARSTOW, BRIAN SMITH, and
JOHN MCATEER,

                      Plaintiffs,                                  **09 CIVIL 7786 (DLC)**

    -against-

FIFTH ON THE PARK CONDO, LLC,
EYTAN BENYANIN, and ROBERT EZRAPOUR,
                      Defendants.
------------------------------------------------------------X

        Whereas the above-captioned cases having come before this Court, and the matter having

come before the Honorable Denise Cote, United States District Judge, and the Court, on March 1, 2010, having rendered its Order dismissing plaintiffs' claims in the above-captioned actions, and directing the Clerk of the Court to enter judgment in favor of the defendants in each action and to close the cases, it is,

## ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the

Court's Order dated March 1, 2010, plaintiffs' claims in the above-captioned actions are dismissed, and judgment is entered in favor of the defendants in each action and the cases are closed.

**Dated:** New York, New York
March 2, 2010

**J. MICHAEL McMAHON**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____