UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JKP, LLC,

        Plaintiff,

v.

FIFTH ON THE PARK CONDO LLC,

        Defendant.

------------------------------------------------------------X

09 CV 7148 (DLC)

**NOTICE OF APPEAL**

**NOTICE** is hereby given that plaintiff JKP, LLC, hereby appeals to the United States Court of Appeals for the Second Circuit, from each and every part of the Judgment entered herein on March 2, 2010 and from each and every judgment, decision, opinion and order upon which it is based.

Dated: New York, New York
      March 17, 2010

_____
Paul J. Hanly, Jr. (phanly@hanlyconroy.com)
Jayne Conroy (jconroy@hanlyconroy.com)
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016
(212) 784-6404

*Attorney for Plaintiff-Appellant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POH LIN ANG, CAROLINA RODRIGUEZ, and
LIN PING ANG,

                Plaintiffs,                                        09 **CIVIL** 7137 (DLC)

      -against-                                                **JUDGMENT**

FIFTH ON THE PARK CONDO, LLC,
EYTAN BENYANIN, and ROBERT EZRAPOUR,
                Defendants.
------------------------------------------------------------X
JKP, LLC,

                Plaintiff,                                         09 **CIVIL** 7148 (DLC)

      -against-

FIFTH ON THE PARK CONDO, LLC,
                Defendant.
------------------------------------------------------------X
G. WILLIAM HUNTER and ROBYN HUNTER,
                Plaintiffs,                                     09 **CIVIL** 7567 (DLC)

      -against-

FIFTH ON THE PARK CONDO, LLC,
EYTAN BENYANIN, and ROBERT EZRAPOUR,
                Defendants.
------------------------------------------------------------X
DAVID BARSTOW, BRIAN SMITH, and
JOHN MCATEER,
                Plaintiffs,                                     09 **CIVIL** 7786 (DLC)

      -against-

FIFTH ON THE PARK CONDO, LLC,
EYTAN BENYANIN, and ROBERT EZRAPOUR,
                Defendants.
------------------------------------------------------------X

       Whereas the above-captioned cases having come before this Court, and the matter having

come before the Honorable Denise Cote, United States District Judge, and the Court, on March 1, 2010, having rendered its Order dismissing plaintiffs' claims in the above-captioned actions, and directing the Clerk of the Court to enter judgment in favor of the defendants in each action and to close the cases, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 1, 2010, plaintiffs' claims in the above-captioned actions are dismissed, and judgment is entered in favor of the defendants in each action and the cases are closed.

**Dated:** New York, New York
March 2, 2010

**J. MICHAEL McMAHON**

**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

## SERVICE LIST

Daniel A. Ross, Esq.
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
NEW YORK, NEW YORK 10038

*Attorneys for Defendant Fifth on the Park Condo, LLC*